JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMODAR CHANDRA-DAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANNY SAMUELS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-03829-FLA (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Dismissing Case, it is hereby ADJUDGED that the case is DISMISSED without prejudice.

　　　IT IS SO ORDERED.

Dated: August 5, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

1